IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| JAMES MICHAEL RECCA, | ) | 8:19CV207 |
| --- | --- | --- |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| OMAHA POLICE DEPARTMENT, et al., | ) | |
| Defendants. | ) | |

IT IS ORDERED that the clerk of the court shall:

1. Refile the Complaint in this case (filing 1) as an Amended Complaint in Case No. 8:19cv556, *Recca v. Omaha Police Dept., et al.*

2. Refile the Restricted Supplement in this case (filing 2) as a Restricted Supplement in Case No. 8:19cv556, *Recca v. Omaha Police Dept., et al.*

3. Close this case for statistical purposes.

DATED this 10th day of May, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge